ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
LUCIA and JOSEPH CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00213 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) DEFENDANT'S NOTICE OF WAIVER |
|  | ) OF PERSONAL APPEARANCE |
| LUCIA CHAVEZ and JOSEPH CHAVEZ, | ) |
|  | ) Date: November 13, 2012 |
|  | ) Time: 1:00 p.m. |
| Defendant. | ) Courtroom: Three |

   Defendants, LUCIA CHAVEZ and JOSEPH CHAVEZ, hereby waive their right to be present in open Court upon the hearing presently set for November 13, 2012, at 1:00 p.m. in Courtroom Three of the above entitled court.

   Defendants hereby requests the Court proceed during every absence of which the Court may permit pursuant to this waiver; agrees that their interests will be deemed represented at all times by the presence of their attorney, Anthony P. Capozzi, the same as if the Defendants were personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may fix in their absence.

Defendants further acknowledge that they have been informed of their rights under Title 18, United States Code, section 3161-3174 (Speedy Trial Act), and authorizes their attorney to set times and delays under the Act without Defendants being present.

DATED: October 15, 2012

                                          /s/Lucia Chavez
                                          LUCIA CHAVEZ
                                          Defendant

DATED: October 15, 2012

                                          /s/Joseph Chavez
                                          JOSEPH CHAVEZ
                                          Defendant

                                          Respectfully submitted,

Dated: October 15, 2012

                                          /s/ANTHONY P. CAPOZZI
                                          Anthony P. Capozzi
                                          Attorney for, LUCIA CHAVEZ
                                          and JOSEPH CHAVEZ

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that Defendants LUCIA CHAVEZ and JOSEPH CHAVEZ are hereby excused from appearing at the court hearing schedule for November 13, 2012, at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **October 16, 2012**           /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE