**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendants,
LUCIA CHAVEZ and JOSEPH CHAVEZ

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00213-AWI-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| LUCIA YOLANDA CHAVEZ and JOSEPH SHAWN CHAVEZ, JR., | Date: **July 20, 2015** Time: **10:00 a.m.** Courtroom: **2** **Hon. Anthony W. Ishii** |
| Defendant. | |

Defendants, LUCIA YOLANDA CHAVEZ and JOSEPH SHAWN CHAVEZ, JR., by and through their attorney of record, Anthony P. Capozzi and the United States Attorney by and through Kirk Sherriff and Henry Carbajal, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 20, 2015, at 10:00 a.m.

2. The parties agree and stipulate that Defendants request this court to continue the sentencing until **October 13, 2015, at 10:00 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

    a. The Defendants pled guilty on April 13, 2015.  Additional information is needed prior to sentencing which may be completed by October 13, 2015.

b. The parties request that Informal Objections be filed on September 14, 2015, and Formal Objections be filed on September 28, 2015.

c. The Government does not object to this continuance.

4.   The Defendants do not anticipate any further extension of the sentencing hearing date.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:        July 6, 2015        By:   _/s/ Kirk E. Sherriff_
                                              KIRK E. SHERRIFF
                                              United States Attorney


DATED:        July 6, 2015        By:   _/s/Anthony P. Capozzi_
                                              ANTHONY P. CAPOZZI
                                              Attorney for Defendants LUCIA YOLANDA
                                              CHAVEZ and JOSEPH SHAWN CHAVEZ




### **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for July 20, 2015, at 10:00 a.m. is continued to **October 13, 2015, at 10:00 a.m.** and the Informal Objections be filed on September 14, 2015, and Formal Objections be filed on September 28, 2015.


IT IS SO ORDERED.

Dated:   July 6, 2015        _____
                                              SENIOR  DISTRICT  JUDGE