**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendants,
LUCIA CHAVEZ and JOSEPH CHAVEZ

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00213-AWI-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| LUCIA YOLANDA CHAVEZ and JOSEPH SHAWN CHAVEZ, JR., | Date: **October 13, 2015** Time: **10:00 a.m.** Courtroom: **2** |
| Defendant. | **Hon. Anthony W. Ishii** |

Defendants, LUCIA YOLANDA CHAVEZ and JOSEPH SHAWN CHAVEZ, JR., by and through their attorney of record, Anthony P. Capozzi and the United States Attorney by and through Kirk Sherriff and Henry Carbajal, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 13, 2015, at 10:00 a.m.

2. The parties agree and stipulate that Defendants request this court to continue the sentencing until **October 19, 2015, at 10:00 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

   a. The Defendants pled guilty on April 13, 2015.

b. Due to a scheduling conflict, defense counsel is unavailable on October 13, 2015.

c. The Government does not object to this continuance.

4.   The Defendants do not anticipate any further extension of the sentencing hearing date.

IT IS SO STIPULATED.

                                                    Respectfully submitted,

DATED:         October 7, 2015        By:   /s/ Kirk E. Sherriff
                                                    KIRK E. SHERRIFF
                                                    United States Attorney


DATED:         October 7, 2015        By:   /s/Anthony P. Capozzi
                                                    ANTHONY P. CAPOZZI
                                                    Attorney for Defendants LUCIA YOLANDA
                                                    CHAVEZ and JOSEPH SHAWN CHAVEZ


**<u>ORDER</u>**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for October 13, 2015, at 10:00 a.m. is continued to **October 19, 2015, at 10:00 a.m.**


IT IS SO ORDERED.

Dated:   October 8, 2015             _____
                                                    SENIOR  DISTRICT  JUDGE